UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ALL CAPITAL, LLC, etc., | ) | |
| Plaintiff, | ) ) | 2:10-cv-493-HDM-RJJ |
| vs. | ) ) | |
| STEVEN F. COHEN, etc., *et al.*, | ) ) | O R D E R |
| Defendant, | ) ) | |

IT IS HEREBY ORDERED that the Clerk shall unseal the Ex Parte Application For Order Directing Service on Defendants By Publication & Service on Defendant Patrick Danan By E-Mail (#9).

DATED this __20th__ day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge