**Marquis & Aurbach**
PHILLIP S. AURBACH, ESQ.
Nevada Bar No. 1501
CRAIG F. ROBINSON, ESQ.
Nevada Bar No. 10205
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711
paurbach@marquisaurbach.com
crobinson@marquisaurbach.com
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALL CAPITAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN F. COHEN, an individual; PATRICK DANAN, an individual; and FRANK A. LEO, an individual; DOES I through X, inclusive; ROE ENTITIES I through X, inclusive;<br><br>Defendants. | Case No.:    2:10-cv-00493-HDM-RJJ |

<u>**ORDER DIRECTING SERVICE ON DEFENDANTS BY PUBLICATION & SERVICE ON DEFENDANT PATRICK DANAN BY E-MAIL**</u>

Upon reviewing the Ex Parte Application For Order Directing Service On Defendants By Publication & Service On Defendant Patrick Danan By E-Mail,

IT IS HEREBY ORDERED that service be made on the Defendants Steven F. Cohen, Patrick Danan, and Frank A. Leo by publication of the Summons in the Nevada Legal News, a newspaper of general circulation, published daily in Las Vegas, County of Clark, State of Nevada, and Sun Sentinel, a newspaper of general circulation, published in Fort Lauderdale, County of Broward, State of Florida, where Defendants, and each of them, are believed to reside, hereby designated as the newspapers most likely to give notice of the pendency of this action to the Defendants at issue; and that said publication be made for a period of (4) four consecutive

M&A:11710-001 1069463_1.DOC 6/18/2010 2:00 PM

weeks and at least once each week during said period of time;

IT IS FURTHER ORDERED that a copy of the Complaint and Summons be forthwith electronically mailed to Defendant Patrick Danan to his personal e-mail addresses of patrickdanan@gmail.com and patrickdanan@aol.com.

IT IS FURTHER ORDERED that a copy of the Complaint and Summons be forthwith deposited in a sealed envelope in the Post Office in Las Vegas, Nevada, with postage prepaid, directed to the last known addresses of the Defendants.

**IT IS SO ORDERED**

By_____
UNITED STATES DISTRICT COURT JUDGE

Dated: July 20, 2010

Submitted By:

MARQUIS & AURBACH

By_____
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Craig F. Robinson, Esq.
Nevada Bar No. 10205
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff

MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816