**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALL CAPITAL, LLC, a Nevada limited liability company, | |
| Plaintiff, | Case No.: 2:10-cv-00493 |
| vs. | ORDER GRANTING DEFAULT JUDGMENT |
| STEVEN F. COHEN, an individual; PATRICK DANAN, an individual; and FRANK A. LEO, an individual; DOES I through X, inclusive; ROE ENTITIES 1 through X, inclusive, | |
| Defendants. | |

Plaintiff ALL CAPITAL, LLC, having come before this Court on December 8, 2010, this Court having reviewed Plaintiff's Application for Default Judgment, and having reviewed the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Default Judgment is hereby entered against Defendants Steven F. Cohen, an individual, Patrick Danan, an individual, and Frank A. Leo, an individual, jointly and severally in the total amount $16,718,714.46

. . .

. . .

. . .

which will accrue interest at the legal rate as of the date of entry of this Default Judgment pursuant to 28 U.S.C. 1961 until paid in full.

IT IS SO ORDERED

United States District Court Judge

Dated: December 9, 2010