**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ALL CAPITAL, LLC, | ) | 2:10-cv-00493-HDM-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEVEN F. COHEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff's motion for attorney's fees in the amount of $9,407.50 is granted (#30). The plaintiff's motion for costs is referred to the clerk of the court for taxation of costs.

**IT IS SO ORDERED.**

DATED: This 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE